UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Ronald G. Springbett, Jr.
        Bankruptcy No. 20-13609-elf
        Chapter 13

                                          Date:   October 15, 2020

To:        BRAD J. SADEK
           Sadek and Cooper
           1315 Walnut Street
           Suite 502
           Philadelphia, PA 19107

### NOTICE OF INACCURATE FILING

   Re:  **Notice of Application for Compensation and Certificate of Service**

The above pleading was filed in this office on **October 14, 2020.** Please be advised that the following document(s) filed contains a deficiency as set forth below:


|   |   |
|---|---|
| ( ) | Debtor's name does not match case number listed |
| (**X** ) | Debtor's name and case number are missing  --**Incorrect name and case number. Please e-mail me the corrected PDF.  Please do not re-file.** |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document  not legible |
| ( ) | Notice of Motion/Objection |
| () | Electronic Signature missing |
| ( ) | Other |


In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **Sara_roman@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.


                                          Timothy B. McGrath
                                          Clerk


                                          By:  /s/ Sara I. Roman
                                          Deputy Clerk